**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HALO FARM, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>EDEN CREAMERY LLC,<br><br>    Defendant. | Civil Action No. 17-cv-02557 (PGS)(LHG)<br><br>**JOINT STIPULATION OF DISMISSAL AND ORDER** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff, HALO FARM, INC. (hereinafter "Halo Farm") and Defendant EDEN CREAMERY LLC d/b/a HALO TOP CREAMERY (hereinafter "Eden Creamery") (individually each a "Party", and collectively, the "Parties"), by and through their undersigned counsel of record, agree and stipulate as follows:

(1)    The complaint and all counterclaims in the above-captioned action are hereby dismissed with prejudice, each Party to bear its own attorneys' fees and costs; and

(2)    Magistrate Lois Goodman shall retain exclusive jurisdiction over the Parties to enforce the terms of Section 2 (and only Section 2) of the March 28, 2018 Confidential Settlement Agreement between the Parties.  In the event of any dispute arising under Section 2 of the Confidential Settlement Agreement, the prevailing Party shall be entitled to its reasonable attorneys' fees and costs incurred in connection with the litigation of any such dispute. Magistrate Judge Goodman's limited retention of jurisdiction shall cease upon satisfactory

completion of Eden Creamery's obligations under Section 2 of the Confidential Settlement

Agreement (which are expected to be completed by October 31, 2018).

Date: March 29, 2018

McCARTER & ENGLISH, LLP

Mark H. Anania
Manania@mccarter.com
Carissa L. Rodrigue
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

Timothy J. Kelly
Tkelly@mccarter.com
825 Eighth Avenue, 31st Floor
New York, New York 10019
(212) 609-6863

*Attorneys for Plaintiff, HALO FARM, INC.*

Date: March 29 2018

LOWENSTEIN SANDLER LLP

Scott B. McBride
SMcBride@lowenstein.com
Rebecca J. Ryan
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500

*Attorneys for Defendant, EDEN CREAMERY LLC*

SO ORDERED: Peter M Sheridan
DATED: 4/16/18